DeAndre Hopson
**Full name(s)**

613 North Hite Ave Apt 13#
**Street address or postal box number**

Louisville Ky, 40206
**City, State and zip code**

502-7422370
**Phone Number**

FILED
U.S. DISTRICT COURT
NEW ALBANY DIVISION

12 JUN 13 PM 4:26

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA

Civil Action No. **4 : 12 -cv- 072 RLY -WGH**
(To be supplied by the Court)

De'Andre Hopson
_____ Plaintiff(s)
**Full name(s) (Do not use _et al._)**

ORAl SURGUREY AND MAXillOFACIAL group
v.
GARY HUFFMAN
Bennie Berry
Bennie Lightsey
BARBRA Lightsey
Ruth Ann Spencer _____ Defendant(s).
**Full name(s) (Do not use _et al._)**

## CIVIL RIGHTS COMPLAINT

### A. PARTIES

1. I, DeAndre Hopson, am a citizen of Kentucky
   (Plaintiff name(s))                                    (State)

and presently reside at 613 North Hite Ave Apt 13#
                          (mailing address)

DEFENDENTS

Siam Aguair - Attorney present Hump Breckinridge & Possion RD Louisville Ky 40218

Kentucky Farm Bureau - Insurance company 9201 Benson Pwy Lou Ky 40220

Terril Grey - Entertainment

Denise Rainey - Youth Alive Director

Brenda Rainey - Division 4 cleck 600 west Jefferson St Louisville Ky 40210

Fred G. Thomas - music producer Alone Ent 3612 Lindell Ave

Robert Kleinfield cash crash owner 7100 45th street suit B 22 West Palm Beech Fl 33407

Richard Blain - Insurance Agent 9201 Benson Parkway P.O. Box 20700 Louisville Ky 40250

Susan Elder - Realtor 7700 St Andrews Church RD Louisville Key 40558

Officer Whitford - Peace Officer 5600 Shepherdville RD park Jefferson center entrance at 40218 Louisville Ky

Adam Solinger - Realtor - Investor - cash crash 6201-Interlaken Way prospect Ky 40059

Jhon Blauinivich - State prosecuter 600 west Jefferson St Louisville Ky

Dana Cohen - State prosecuter 600 west Jefferson St Louisville Ky 40210

Rayn Conroy - State prosecuter 600 west Jefferson St Louisville Ky

Pervis Ellison - Chuck Bay music 3107 Rockfort In Louisville Ky 40211

U of L Hospital - Hospital U of L 530 S Jackson St Louisville Ky 40202

Emory Hospital - Hospital Atlanta - Atlanta location - no address PO Box 102398 Atlanta Georgia 30368-2398

Ryan Conroy - State prosecuter 600 west Jefferson St 40210 Louisville Ky

John Blauinivich - State prosecuter 600 west Jefferson St 40210 Louisville Ky

Dana Cohen - State prosecuter 600 west Jefferson St Louisville Ky 40202

Jim Lowinsky - Federal prosecuter 717 west Broadway Louisville Ky 40202

Jhon - Federal clerk 717 west Broadway Louisville Ky 40202

J.P. - prosecuter - 600 west Jefferson St Louisville Ky 40211

Auto-Smart - car lot preston Hwy

Springleaf Finical - car loan Bank - Shepardsville Ky

Todd Briggs - Kentucky Farm Bureau Agent - 9201 Benson Parkway PO Box 20700 Louisville Ky 40250

Terrell Gray - Entertainment 5012 Runio Way 40218 Louisville Ky

Joe Silverburg - DTPruitt 4317 Pruitt Ct 40218 Louisville Ky 40200

Susan Gibson - Kentucky Judge 600 west Jefferson St

Charlie Cunningham - Kentucky Judge 700 west Jefferson St Louisville Ky

David Steingel → common Wealth Attorney 600 west Jefferson St Louisville Ky 40210

Mike Bennet → 717 west Broadway Louisville Ky 40202 9201 Benson Parkway PO Box 20700 Louisville Ky 40250

Erwin Sherwin Attorney at law

Defendents

Cheif Robert White - 600 west Jefferson Louisville Ky 40211

Gary Huffman - 633 W Jefferson Louisville Ky, 40262

Judge James Shake   600 west Jefferson Louisville Ky 40211

Benney Berry  -    3606 Garland Ave Louisville Ky  40211

Bennie lightsey - 3606  Garland Ave louisville Ky 40211

BarBAra lightsey - 3606 Garland Ave louisville Ky 40211

John Bhavenich- 514 W liBerty 40202 Louisville Ky 40211

Denise Rainey - 41st Broadway  louisville Ky 40211
youth is live   ← need address
Director

Ruth Ann Spencer  613 North hite Ave Apt 13
                            louisville Ky 40206


Denetra Hopson - Need address

2. Defendant ORAl surgery AND Maxillo Facial Group is a citizen of Indiana
          (name of first defendant)                            (State)

whose address is 2441 State N Albany .

3. Defendant Emory Hospital is a citizen of Atlanta Georgia
          (name of second defendant)                      (State)

whose address is PO Box 102398 Atlanta Georgia 30368-2398 .

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

## B. JURISDICTION

1. This cause of action is brought pursuant to 18 U.S.C. 1962 (A) Thru (C) Asserting violations of Racketeering Influenced AND corrupt organizations Act

2. _____ Jurisdiction also invoked pursuant to 28 U.S.C. § 1331. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

Keep these in New Albany District, on Account of most Defendents ARE State Officials AND Ky Attorneys AND prosecuters, excepting hush money to RAIl ROAD plaintiff

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

Bennie Berry, Bennie lightsey, BarBRA lightsey, Also Det. Gary Huffman
Attorney Sam Aguair AND Kentucky Farm Bureau, Denise Rainey ARE trying to Do A
Insurance Fraud scam.

These case in which Defendents Officer BarBRa Lightsey, Detective Gary Huffman Also Bennie Lightsey Husband of BarBra lightsey AND mother of Benny Berry ARE useing the Louisville Metro Police Department AND County Judical System to protect the Enterprise Kentucky Farm Bureau to Futher Bennie Lightsey AND Benny Berry's, An EX Federal prisoners Real Estate Buisness through Harmful AND Damaging Acts, including Mail Fraud Real Estate Fraud, extortion, theft, identity theft, Intimadation Bank Fraud, Real estate Fraud 2 other predicate Acts AND offenses.

Comes Now the plaintiff DeAhone Hopson owner of A'one Ent LLC pro se, AND respectfully submit civil Rights complaints pursuant to title 18 U.S.C. 1962 Racketeering Influenced AND corruption Act

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations:  (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D.  CAUSE OF ACTION.")

**Claim I:**  PlaintiFF alleges that the Above named Defendents Have Attempted to Deprive plaintiFF OF His Business A'one Entertainment Located at 7808 St. Andrews CHurch RD, Louisville Ky through a series of preDicateD Acts AND Criminal offenses.

**Supporting Facts**: (Include all facts you consider important, including names of persons involved, places, and dates.  Describe exactly how each defendant is involved.  State the facts clearly in your own words without citing legal authority or argument.)

Please see Attachments Attached to Back of Information packauge labeled  D cause of Actions

State prosucuters Are HolDing cases ON Me to Finically Break Me From Defending MyselF From False charges put on Me AND RailroaD Me to Penitentry to Be Killed, to cover up Insurance scam usGing the court system to protect Kentucky Farm Bureau illegal Activities From Being Known threw RicharD Blair. No Drug to Be inDependently tested

NO Audio Tape to charge me on Soler charges, Non support cases were not Behind. Face all these False charges to RAil ROAD me to jail

**Claim II:**  To Make me shut up About scam Being commited Against me AND take over my claim At Kentucky Farm Bureau.

**Supporting Facts:**

* No Drugs in my Drug case penDing: To RailroaD me.

* No Tape in my soler charge penDing on Soler charge - To RailroaD me

* No chilD support warrant proDuced. - To railroaD me.

* Toote my CAR From SpringleaF Finical, won't let me pray it off company CAR that's in viDeo's   3

* Attorney Sam Aguair Dropped my case For no reason

* RuthAnn Spencer Told me she only signed For lawsuit wit Attorney Sam Aguair

* NO Hospitals AFTer I tell them my name won't treat me.

LAW OFFICE

Took over my employees from A'one Ent AND he cosigned For Mattel group now they work for him AND Kenzo Ratkin Another one of my old Artist.

Defendents Back Grounds tell whole story. Bennie Lightsey Bennie Berry BARBER lightsey Adam Solinger sold My Mom's Building to hide his involvement. Erwin Sherwin tried to Fix problem Before I told About SCAM, sent A message to me threw Kianethia Davis' wife's cousin

Claim III: went to 3 Different Hospitals for treatment from major Surgery's Due to Being Badly Hurt For Problems comeing From injuries only to be turned Away Due to False iNformation provided to Hospitals. Left out Here to Die or go to jail From False

Supporting Facts: Charges Applied on me to cover up wrong Doings,

* Emory Hospital DR. Puitt said I needed chest tubes immediately AND Face plates were put in terribley. Another Doctor came on work shift AND refused me treatment when I was almost Dyeing

* UofL put plates in my Face unprofessionally, got x ray Done at another Hospital they threatened to call plastic surgeon was so BAD,

* Indian Clincic ORAL surgery AND maxilloFacial group DR. Mottum told me I need surgery immediately AND next couple of Days he never got Back in contact wit me, everytime I visit AND call he not a work or unavailable.

Erwin Sherwin - Asked me to Fix my surgery on my Face think he is tries to Hospital Blocking me cause he already Has Scam Aguair rob me For my Claim of Kentucky Farm Bureau under recole Oversy(

E. PREVIOUS LAWSUITS

Have you been or are you now a party to any other lawsuit(s) in state or federal court dealing with the same facts involved in this action? _____ Yes  ✓ No.

If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional

4

① (1. CAUSE OF ACTION)

**Robert Hump** — Job at Crash Cash was owner, who stole all my clients for Call Ins. when I worked for them. Is a front person for Adam Solinger. Robert sent me out to sign up a Customer. Ms. Tolley from TV Led. And showed up to her house, only to met Terrill Grey who told me to keep mouth shut about who I worked for covid. Have gotten killed. Also went Down try to take out warrant on me to get me arrested

**Joe Silverberg** — Was a person used to get us out his house to help write motions, And staged a car accident to try to hurt me And take blame of Kentucky Farm Bureau for my injuries and put it onto State Farm or Kentucke State Claims so I wouldn't have my insurys be on them, <u>Dangerous situation</u> could have killed me,

**Charlie Cunningham** — After knowing prosecution Does not have a case, Because no Drugs are in custody of State for DeAndre to have tested, Allowed case to go one then instead of Dismissing case cause commonwealth couth not produce Drugs, supposely hid by DeAndre Hopson, But commonwealth trying to use old witness to testify on a lie to RailRoad me

**Susan Gibson** — After Detective couldn't come up wit audio recording of DeAndre Hopson solicating Murder of Anyone, she gave more time to get me RailRoaded instead of Following Rules of Dismisal of Prosecutial Misconduct, of Huffman lieing to Grand Jury to get me indited

**Brenda Rainey** — Was clerk in Division 4 circuit court, setting my Dates for court to my release Dates on my Booke release Date, Also clerk moved my motion I left for Judge in Division twelve Susan Gibson's court room Back to Division 4 illegally tampering wit court proceedings, eviction papers, that

**Susan Elder** — Used several False court Documents, on 7808 St. Andrews Church Road wasn't real to take over my Building on 7808 St. Andrews Church Road Also promised Jan-March Didn't have to pay rent cause fixed up Building she played me to fix up property then put me out to take over Buisness,

**Jim Lowosky** — Federal Prosecter, who was on R-kelly's case a serial killer. Jim asked me Do R-kelly Intimadate you to scare me gave him a piece of evidence, of Mscagni's Intimadation on a person under legal process. Disappeared after being witnessed dp. State prosecuter being threatned in court of DeAndre Hopson's, waived to grand jury to be heard, siked me out of Attorney client privledge to put a Black From Federal courts in Kentucky Helping me. Never call me Back,

**Edward Sherwin** — Used Kanetha Davis to set up meeting wit me to try and reconnect me to work Fla Sam, Also To keep mouth shut do what Franke Mscagni tells me And that the Had eyes everywhere these is connection to all Hospitals, these is the Big Man of everything

★**Denetra Hopson** — Edward Sherwin, called a meeting wit a friend Kanetha Davis my wifes cousin. To get in contact wit me to come see him. went out to visit Erwin Sherwin And he asked me did I want him to get my Face Fixed, or Do I want a settelment now, or to could He take care of my criminal cases to go see Attorney Divers or Alex Dathorn to

**Richard Blain** — Is Boss of Kentucky Farm Bureau, stole my claim wit Insurance company working wit Sam Aguair
<u>Todd Briggs</u> would not release medical coverage, to hide my medical History
of these case, cause DeAndre Hopson used a name of Recole
Oneal going to hospital, Due to Beening afraid From Assaults
and robbery, Attempted Assination, Recole oneal was
a name given to me By Ruth Ann Spencer it's her cousin.

**Pervis Ellision** — was Artist Al'one Entertainment invested into, to produce Album
For pistole pete, Use to Be on house Arrest, and I Had to let Him Become early
30 he wouldn't violate his conditions For work release, use to let Ruth Ann
take him Home. Artist is From victory Park Area, Recorded Free, Free
videos also Free Duplications and Design layouts, cheated wit Ruth Anns
Spencer, And Toke All my music equipment Before.

**Aubrey William** — was Attorney For Youth Alive, and settled case out of court wit Denise Rainey
in Nov. of 2011 Same time Benny Berry case was illegally Droped Due to
commonwealth Attorney not letting Hopson testify to grand jury, was scheduled
on Day Before Hopson Case to Be Dismissed, In tone wit whole scam
they used Hopson lawsuit to pay off Youth Alive settlement.

**Mike Bennett** — went to Mike Bennet and Asked For help after Frank
was minipulated and threatened By Bennie Berry in court of DeAndres
Intimidation on a witness case, then turned me over to Jim Lowosky.

**Spring Leaf Finacal** — DeAndre Had his Mom's car, got reposed when
DeAndre went to Atlanta to get help Medical at Emory Hospital someone
call and had car repoed. Hopson tried to pay Balance of vehicle, only to
Be Denied to even pay off vehicle, Done took over my car to cause me to
Be upset and walking.

**Auto Smart** — Automobile was into A Accident, Ruth Ann Spencer was
Driver of car of the H2 Hummer, car lot took truck From Accident put Directly
into Auction Fa sell To Hide evidence of Staged car wreck.
Didn't give owners a chance to see truck or to get truck Fixed or a investigation
Done, Then Done illegal search and seizure wit police officer
wit Ford to stage some illegal Drugs in car to set DeAndre up
to go to prison to cover up Insurance Fraud scam.

**Federal Clerk** —
**Jhon** — John never scanned in evidence, to Be reviewed,

Jhon misplaces All pitures and CD's produced By DeAndre Hopson
For Al'one Entertainments to hide true owner of company
To mess up my lawsuit, Also is not serving Motions to Judge.
For me to Be arrested and not get Federal Help on Insurance
Fraud By Defendents. Were they used DeAndre Hopson's
Medical Records on False name to gather Funds on Hopson's Injuries
To leave Hopson were he cian't get Medical Treatment on two
major surgery's. Also trying to Block Federal Judge From stoping
illegal prosicution and rail road Hopson on to Jail.

(2)                                                     (I.D. CAUSE OF ACTION)

* Denetria Hopson - was used By Attorney Erwin Sherwin
AND Kenethia Davis to settel lawsuit wit Sam Aguair law also
Firm to Forge my name to sign check For Attorney cause    Erwin
she was still my wife, But Been separated For over 7 years   Sherwin
Never ever see these woman. She Knew the Attorneys well. To
go Behind My Back to roBB Me,

* Ruth Ann Spencer - Signed check wit law office For Denetria
Hopson with Attorney's AND Insurance Agent Richard Blain,
also stole my Keys to my Mercedes Benz Also all my studio
equipment.

          My Company was in my girlfriends name AND she
Had ran off wit my studio computer Also all my money
She take and Hide in Another Bank to roB Me.

     Now she was holding my two KIDS ransom AND
     is extortioning me over my son & my Daughter.
     To Take over my A'one Ent Marketing Company
     I was marketing For law Firm AND she also
     Signed my check From Kentucky Farm Bureau For
     my suppose to Be wife, ⬤ threw Sam Aguair
     AND Erwin Sherwin personal injury Attorney.

* Twain Harris - is in prison AND talks AND coaches Denetra
Hopson on How to play AND minipulate Foltes out on streets
          ⬤ check prison phone calls to prove allergiations
* Ruth Spencer has ran off wit all my Belongings also my
Two children DeAndre Hopson JR also KaLynn Hopson.
She Had Two C P S cases, please help me Find
my missing children AND stop circuit court proceedings
on 6-22-11 to see me not go inside system to Be Killed
By most Defendents are conected to people From or in the
penitentvy.

10 Cause of Action

JUDGE I'm totally innocent of these charges, Kentucky courts ARE trying to Frame ME to get Away wit Insurance Fraud.

AND is going to any limits to lock me up For False Allergation wit no proof. want to raise my Bond in A case they have no evidence Against Me, From same court Division y# circuit court Judge Charlie Cunningham to shout me up and rob me, After they made me spend all my money on False charges.

Please give me And emergeny Motion to courts to proceed without payment, AND to Find my children From a woman thats into Rackeeteng AND identity theft, DeAndre Hopson JR AND Kaylnn Mickell Hopson

The mother is Being Intimadated not to Bring them Back But to use children to extrotion me to Drop my civil Action Against Defendents Are never see mey kids Again From Being ~~railsit~~ Rail Roaded to prision to Be killed

please help me

They even got Jim Lowisky in on Intimadation plot AND to hide all my motions to judge to stop immediately my state court proceedings to let Fed's look into these matter AND FIND my children Before someone Hurts them.

Gary Huffman used a lie to grand juey to grain secret seal claiming he had a tape AND a witness to come Foward which turns out to Be Folses in on trying to Frame me up AND go to jail cause of promised gifts

See Terry vs Commonwealth also ABDul vs Commonwealth google FALSE confessions   Huffmans A snake

and damaging acts, including wire and mail fraud, Real Estate fraud and theft, threats and intimidation and other predicate acts and offenses.

Comes now the plaintiff De' Andre Hopson owner of A' One Entertainment, L L C pro se, and nearby respectfully submit his Civil Rights Complaint pursuant to Title 18 U . S . C . 1962 alleging Racketeer Influenced and Corrupt Organization Acts against the **above – named defendants.**

## PLAINTIFF'S STATEMENTS OF CLAIMS

1. Plaintiff alleges that the above – named defendants have attempted to deprive plaintiff of his "business " or property AONE ENTERTAINMENT , LOCATED AT 7808 St. Andrews Church Rd. Louisville Ky , through a series of predicate acts and criminal offenses , including the use of the Louisville metro Police Department , abuse of the Jefferson County Judicial system , mail , wire fraud , intimidation , extortion , threats and other predicate offenses .

2. Plaintiff alleges that defendant Det. Gary Huffman of the Louisville Metro Homicide Unit covered – up the assault caused by Bennie Berry , Denise Raine also Bennie Lightsy by giving false statements to the Grand Jury , Prosecutorial Misconduct . On. March 17 , 2011 , Det. Gary Huffman , appeared before Jefferson County Grand Jury , to give testimony concerning an alleged claim that the defendant De' Andre Hopson , had sought to criminally Solicitate the murder of one Bennie Berry and his father Bennie Lightsy.

3. On March 17, 2011 , Det. Gary Huffman , knowingly and intentionally presented false information and testimony to the Grand Jury , specifically , Det. Gary Huffman , testified to the Grand Jury that ( he Det. Gary Huffman ) had " an audio " cell phone recording of the defendant De' Andre Hopson to gain cross warrant to stop Deandre Hopson's Robbery 1 charges and assault charges . In which Hopson suffered $ 54,000 worth of medical bills , with two major surgeries from being prosecuted by the State Prosecutor , even after Probable Cause was found in Judge Stephanie Burkie's District Court to be heard by Grand Jury in the future.

4. On May 7 , 2011 Det. Gary Huffman , advised this court that there "was no audible cell phone recording of the defendant De' Andre Hopson soliciting the murder of Bennie Berry and Bennie Lightsy ". The Court will note that this is not the first of last claims and cases of Det. Gary Huffman , presenting false and fraudulent testimony . See **TERRY V. COMMONWEALTH .** 332 s . w . 3D 56

( Ky . 2010 ) also See **ABDUL JALIL V . COMMONWEALTH**   No. 2009-CA-000487-MR

5. Plaintiff alleges that ,  Barbara Lightsy , wife of Bennie Lightsy , mother of Bennie Berry  helped  cover  up  assault  and  robbery  of the  plaintiff  by  using  Racketeering  connections  and  Influence  of  job title  also  20  years   employment  at  the  Louisville  Metro  Police Department .

6. Plaintiff alleges that his defense counsel Frank Mascagni  , was intimidated  after  witnessing  defendant  Bennie  Berry , threaten Jefferson  County  Assistant  Attorney  " J. P "  ( Mr. Mascagni, was plaintiff's  criminal  attorney  in  cases  No.  08-CR-2057  and  Case No. 11-CR-0916, and Case No.  11-F-005752.

7. Frank  Mascagni  represented  De'Andre  Hopson  in  case  No.  10-F-013875  and  Case  No.  10-F-013881 , that  was  taken  out  on  Dec. 22,2010  and  was  hospitalized  at  U of L  Hospital  where  Plaintiff suffered  reconstructed  face  and  lung  surgery  which  was  latter dismissed  because  Frank  Mascagni  rescheduled  Grand  Jury  testifying date  without  contacting  Mr. Hopson  to  be  present  to  testify  to  the Grand  Jury ( screened  out  by  attorney ) .

8. Defendant  Sam  Aguiar , failed  to  prosecute  plaintiff's  Civil  Action against  defendants , Bennie  Berry  and  Bennie  Lightsy  for  the assault of  plaintiff , after  he  Sam  Aguiar  was  intimidated  by  defendants Bennie  Berry  and  Bennie  Lightsy. The  court  will  note  that  defendant Sam  Aguiar  was  at  all  times  mentioned  plaintiff's  personal  injury attorney  concerning  the  Oct.  22,2010,  assault  on  plaintiff  by  Bennie Berry  and  Bennie  Lightsy . The  Court  will further  note,  that  Sam Aguiar , withdrew  the  same  time  the  Jefferson  County  Assistant Attorney  was  threatened.

9. Denise  Raine , Bennie  Berry , and  Bennie  Lightsy , intentionally confined  the  Plaintiff  in  a  room  where  he  was  unable  to  leave . Plaintiff  was  brutally  beaten  by  the  defendants  Berry  and  Lightsy  in which  the  Plaintiff  sustain  injuries  including  medical  expenses  both past  and  future , physical  and  mental  suffering  both  past  and future , lost  wages , impairment  of  his  ability  to  labor  and  earn money  and  lost  enjoyment  of  his  life.

10. The  Defendants  Kentucky  Farm  Bureau , engaged  in  " Insurance Fraud "  with  defendants  Berry  and  Lightsy  by  refusing  to  allow plaintiff  to  file  his  claim  to  release  medical  coverage  to  treat trauma  injuries  suffered  from  Defendants . Whom  had  homeowners insurance  at  Kentucky  farm  Bureau . Agent  Richard  Blain  for insurance  company  refused  coverage  also  refereed  Plaintiff  around to  several  agents  to  cover-up  no  policy  number  also  to  state

Criminal investigation was ongoing over Lightsy's insurance coverage .

11. Defendants doctor's have refused to treat plaintiff, based upon erroneous information provided the plaintiff has testimony from all medical doctors that defendant has visited.

12. Defendants Susan Elder, conspired to deprive plaintiff of his business and property by filling a " fake " eviction notice. On April, 18, 2012 ( Susan Elder , property owner at 7808 St. Andrews Church Rd. ) Case No. 12-C-004162. To help takeover business after agreement of fixing up property would exchange for rent for months Jan. , Feb. , and March 2012.

13. Plaintiff alleges that the defendants are using the Jefferson County Circuit Court for illegal activity to criminally prosecute plaintiff " on false criminal charges, filed by Dana Cohen State prosecutor knowingly and intentionally sought ' criminal indictment for plaintiff after defendant dana Cohen, moved to **DISMISS** plaintiff's _" misdemeanor NON SUPPORT case "_ the Assistant Commonwealth Attorney , maliciously sought prosecution of plaintiff .

14. Defendant Jefferson County Assistant Commonwealth's Attorney Ryan Conroy, failed to notify and allow plaintiff de' Andre Hopson, to criminally prosecute plaintiff's criminal complaint / warrant against Bennie Lightsy and Bennie berry, and denise Raine. Defendant Bennie berry was on Federal probation at the time of the assault and robbery. Bennie berry also Bennie Lightsy are mother and wife of Defendants.

15. Defendant John Balenovich Assistant Commonwealth Attorney is and was at all times maliciously and falsely prosecuting plaintiff based upon false allegations brought by members of Bennie Berry's and Bennie Lightsy's gangs. Specifically, one Montei Dunbar who falsely claim that he had "a audio cell phone recording " of plaintiff soliciting the murders of Bennie Berry and Bennie Lightsy giving to Det. Gary Huffman to present to Grand Jury for tainted proceedings and prosecution .

16. Plaintiff specifically alleges that his 70 year old mother was robbed , threatened and intimidated by Montei Dunbar a dear childhood friend and associate of Bennie Berry . Montei Dunbar and Bennie Berry has recently became co-defendents in a case No. 12-F-001402 Commonwealth V Montei Dunbar . 05-22-2012 at courtroom 303 . Robbery of Anna Hopson was years ago by Montei Dunbar. Stated in De' Andre Hopson's motion of discovery by both defendendents and is a danger to the Hopson Family.

17. Officer Whitford impounded a car after an accident that Ruth Ann Spencer was driving on 04-26-2012 , and will not release automobile

off impoundment lot when there was no crime committed to put a hold on the vechile . Attempting to get a search warrant in which was unreasable and in violation of the FOURTH Amendment of the United States Constitution and Section Ten of the Kentucky Constitution. Officer Whitford maliciously is attempting to cover–up wrong doings by having Hopson arrested on more false charges .

18. Adam Solinger is a bookie for Crash Cash also Aguiar Law Office and is responsible for first employment position at Crash Cash. Where Hopson was sent out on T V lead to sign up client on a home call in New Burg to a woman named Ms. Tooley in which I encountered Terrell Grey . He asked me who I worked for and to keep my mouth shut or else. was intimidated and quick work

19. Sam Aguiar signed up De Andre's case from injuries suffered from assault and robbery ,from Mr. Berry and Mr. Lightsy, to later withdrew early July the same time State Prosecutor was threatened by Mr. Berry a federal prisoner on probation at the time of the assault. Mr. Aguiar also deliberately hide information of withdrawing as Civil counsel as DeAndre's civil attorney, to run out statute of limitation, on Civil issue due to being intimaidated . Gave me a commercial deal, to be in breach of contract two months later after giving up all video material.

20. Fred Thomas was a producer at A One Entertainment, attempted to disrupt the gas line at the studio to cause build up of gas, as we are located beside a gas station at 7808 St. Andrews Church Rd. Also found key chain device of a gas line structure and construction of a gas line device.

'

## DESCRIPTION OF THE ALLEGED RICO ENTERPRISE

21. This is a description of the alleged RICO Enterprise in detail, with names of all individuals, corporations, and partnership that comprise it:

22. Bennie Berry and Bennie Lightsy owns and operates a Real Estate Business, not with standing Bennie Berry being a Federal convicted felon with numerous felony convictions. Lightsy and Bennie, go out and target small businesses and homes of people they fill they can intimadate with police presents, and manipulate, threw abusive police force. Police officer Barbara Lightsy uses her position to protect and cover–up any criminal investigation of the activites of her husband Bennie Lightsy and son Bennie Berry, and Denise Raine. Realtor's also lure innocent people into handwritten rental agreements to later be robbed or manipulated for money. Realtor's use Jefferson County Police and Court system to protect the enterprise " Kentucky Farm Bureau " to futher Lightsy's and Berry's realestste business. including bank fraud , insurance fraud also tax and bankruptcy fraud. Also realtor's use court system to cause

fincial distress by intimadating prosucters to file bogus charges on in indivuals then to later move in on there properites or businesses.

## DESCRIPTION OF THE STRUCTURE, PURPOSE, NATURE AND COURSE OF CONDUCT OF THE ENTERPRISE

23. Bennie Lightsy and Bennie Berry own a realestate business in Louisville, Ky. That specifically seeks out vurnable victims and competors in finical situations and use Jefferson County Court system and Louisville Metro Police and other company's owned by the Mr. Berry and Mr. Lightsy to futher their realestate business threw a variety of predicate acts. Lighsy and Berry also purchase vacate properties obtain, bank loans on vacate distress property to only do miner repair's to keep excess bank loans. fraudulently insured by Kentucky Farm Bueru agent Richard Blain. Defendent Barbara Lightsy, the wife of Bennie Lightsy and mother of Bennie Berry, provides "PROTECTION" for Bennie Berry and Bennie Lightsy, including influence of the Jefferson Circuit Court and the Jefferson County Commonwealth's Attorney Office.

## PLAINTIFF CAUSES OF ACTION

24. Plaintiff alleges that he have been financially injured by the defendents investment of income from racketeering in an enterprise that affects interstate commence, in violation of 18 U.S.C 1962 (a). Futher palintiff alleges that the defendents uses income derived from predicate acts to set up a network of subsidiaries or affiliates that then carry-out harmful or damaging acts, including and not limited to, real estate fraud and theft, wire and mail fraud, intimidation, assaults, threats, extortation, and other predicate acts, in violation of Title 18 U.S.C 1962 (a).

25. Plaintiff alleges that he been injured by defendents use of income from racketeering to acquire control of an enterprise that affects interstate commence, in violation of Title 18 U.S.C 18 (b).

26. Plaintiff alleges that he been injured by the defendant's conducting the affairs of of an enterprise affecting interstate commence through a pattern of racketeering, in violation of Title 18 U.S.C 1962 (c).

27. Plaintiff alleges that he has a 70 year old mother that was mentioned in the Motion of Discovery also an Alifadavid witnessed by Sam Aguiar plaintiff's past Civil attorney a dispute by Montei Dunbar who robbed defendent's mother years ago creating a dangous invorment for elderly safty.

## PLAINTIFF'S REQUESTED RELIEF

26. Plaintiff De'Andre Hopson, invokes his rights to trail by jury.

27. Plaintiff De'Andre Hopson, seeks "**TREBLE DAMAGES**" and reasonable Attorney's Fee's.

(( Thieves ))

[No Defendants]

CREDICT INFO proves white collar FRAUD schems

Bennie lightsey DEBT!

E PREVIOUS LAWSUINS Defendent

twice pattern of predicate Acts

**American resources INC company** CREDITOR

5,181 Amount owes    Number OOCI006407

Filing Date 11-18-2000

622 Book
679 page

Debratt & Benny

Commonwealth of Kentucky CREDITOR

3,384 Amount owes

11-16-2002 Filing Date

State TAX lein

Book 661
page 039

Chapter 13    Kentucky Western

07-07-2003

Chapter 13#

CAPITAL ONE BANK

↑ IN FEDERAL COURT
pending

**Bankruptcy**
0533719

Covet Kentucky Western – Louisville

06-01-05
Chapter 7#

**Discorer Biank** CREDITOR

Amount 6,929 owes    Number OICI003509

File Date 2-20-02    (civil Judgement)

Jefferson circuit court

**Internal Revenue SERVICE**

Federal tax lein

Jefferson county court

Amount 86,745

TYPE
DN 2008118778

Book-1025
page-179

8-18-08

**Bennie lightsey** CREDITOR

Sears RoeBuck AND Co

Jurisdiction KY
#2041 owes
2-2902
OICO05034

Civil Judgment

**Fifth 3RD BANK** CREDITOR    Benny lightsey

14,425 owes    "Number"
03CIII20

Fileing Date    12-11-03    civil

Judgement lien

779 Book#
240 page#

J lightsey
DeBra & Bennie Lightsey owes
34,048 $

7-3-2003

**W. Bruce Hutchins** CREDITOR
02CIO2876 Number
730 Book
686 page

False Names Used          Others Using Special Security Names          Fem. vs

Denise Rainey          Dennis Rainey          Age 32

                        Denise
                        Denise L Raine

                        Denise Rain

Hosseini Mojgan.M

Hosseini Mojgan-D       * She also uses all of her
                         Children's. Her Youth
HASHEMI MOJGAN-D

HASHEMI Mona D          (631)  South
                                40th St
HASHEMIE Mona-D                 40211

Hosseni Mojgan

Hosseini  Mona                         Busness
                           is
Mona Mojgan Hosseini    A child    Delmesha Swain  President
                        Dennises
Hosseini Mojgan HASHEMI Baby      Swain Development Compy INC,
                        Girl       631 S 40th Street
Hosseni Mojgan          FRAID      Louisville Ky,
                                   205-225-8290
HASHEMI Mona

---

DeBit        Secured Party Info        4642 Dixie Hwy
            Personal Finance Company    Louisville Ky,

Initial  630 Filing         #Type
                            Termination
         2007 226 48 89 98    7-19-2010
         8-20-2007     8-20-12
      * Expiration Date

           Colleteral Information
               08-20-07

 *                                          Report Fraud Activity
 1 Debtor  Information
           Dennis Rainey           Form
                          3949 A      T
 2 * Debtor                              * lawsuits of
       Raine Dennis                        Defendents
                                           Filed on them
                    Fresno California 93881

# Benny Berry E.    Previous    * Promotens contrabans in av 11
Defendants                      * IntimaDate A witness under legal proc
                                  1-10-97
New Accident Hustle Area        * Assault under extreme emotional
                                  Disturbance, 09-03-94
2051 Rockcreek court DR Apt C#  * possession of controled substance
Bowling Green Ky 42101 3681       1-10-97
waeeen canty
                                Kentucky State Pennitentry
2051 Rockcreek court DR. Apt 7#   Department of corrections,
Bowling Green Ky 42101-3681
                          Bowling    CHARGES
                          green is
                          Auguair Flow
                          Accidents

3606 Garland property owner    "Propert OWNER
(Benny Berry)                   OF HOUSE
Bennie Lighsey                 " of INJury "

Employment History

Hope-N-Dia Hood inc    is OWNER of Hope in Dia Hood.
Benny JR & SR          Try to corrupt And Take over Alone ENT
                         (Challenge)
* 3606 Garland Ave

Berry & lighsey Contractors LLC
3606 Garland

Berry & Associates Realty LLC    Try to organize the take over of
Organizer                        marketing Fa personal Injury in Kentucky
2211 plantation DR               threen IntimaDating such Augure
                                 law Firm.

# Benny got Two old lawyers,
  working in Sam's office in Starks Building
  like a Front For office.

   Montui Dunbar Robbed my Mom in the past, DeAnre's
  Robbed my mother in past And layed Her on the
  Floor wit a pristol on 37th Dearborn.         (37th song)  so
  # Moved From West End                    Intima-(Troy) pills
                                           Diation:(Meshawi) Intim
       Wonnie - witnesses                             month
       AnAA - witness

lawsuits using this same format on a blank sheet which you should label "E.  PREVIOUS LAWSUITS.")

a.  Parties to previous lawsuit:

Plaintiff(s):_____ _N/A_  Have Defendent Federal Background
Attached to Back sheet
Please help me.

Defendant(s):_____ _N/A_

b.  Name and location of court and docket number _____ _N/A_ _____

c.  Disposition of lawsuit.  (For example, was the case dismissed?  Was it appealed?
Is it still pending?)
_____ _N/A_ _____

d.  Issues raised: _____ _N/A_ _____

e.  Approximate date of filing lawsuit:_____ _N/A_

f.  Approximate date of disposition: _____ _N/A_

## F. REQUEST FOR RELIEF

I request the following relief:

Please stop court proceedings in State Court on Deandre Hopson Beening railoaded to pen to Be Killed. For no reason But Insurance Scam Fraud. Please give me my own Detective And Prosecutor not in Louisville My Mother is 74 years old and is mentioned threw out my solercharge motion of Discovery of Being robbed By same Defendents Montaire DunBar Friend of Bennie Berry, Move me to witness protection Before I'm Killed

_____          _Deandre Hopson_
Original signature of attorney (if any)          **Plaintiff's Original Signature**

5

Please provide me AND my elderly Mother somewhere to live at cause were staying inside of one of Defendents Apartment Building were we could Be Killed For snitching. 74 year old woman may Be a witness in case against Defendents. Adam Solinger is the land lord.

IF they lock me up on 22 of June my mom will Be out here By Herself to Be miniputated By all these X prisoners and con artist of working the Federal system. Also RuthAnn is now hiding my children From me so I can go to jail OFF there lies. AND escape wit my Newborns or at stake. Please help me.

please Be prompt and Fast children or at stake AND court IN Division 4 in circuit court with Judge Charlie Cunnigham AND clerk Brenda Rainey is going to slam me to shout my mouth ABout Insurance scam For Bennie Berry Denise Rainey also Bennie lightsey

Denise Rainey is person who let those Four children enter a stolen car For program Youth Alive were A car jacking happened in Indiana Before they went and picked up Boys and were killed.

These Folks are also Being lot more violence cheek there Backgrounds no need to Have RuthAnn Spencer Around my children wit these individuals From Federal prisoners very Dangerous Plus I Done Already Had Two Major surgies From Defendent

## DECLARATION UNDER PENALTY OF PERJURY

      The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is **true and correct**.

Executed at _New Albany_ on _6-13-12_.
             (location)             (date)

**Plaintiff's Original Signature**

I request the Court's assistance in serving process on the defendant(s). _____Yes _____ No

Plaintiff demands a trial by jury. _____Yes _____No

6