DeAndre Hopson

— VS —

Oral maxillfacial group ect

Ricky Kelly

Gary Huffman

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
FILED
U.S. DISTRICT COURT
NEW ALBANY DIVISION

12 JUL 19 PM 1:08

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

4:12-CV-72-RLY-WGH

Amended Complaint
ADD Defendents

# RICO ACTS

repeated - SAME
Activity -
2 PREDICATE Acts
qualifyies

Definitions of racketeering activity =
- Act of any kind, threat involving murder.
Kidnapping, robbery, extortion, dealing in
obsence matter, dealing in controlled substance.
- Any act that's inditeable under Sec. 659
is felonious

Sec. 664 - extortionate credit transactions,
mail fraud 1341, wire fraud, 1343
Finicial Institution section 1425
1512 relating to tampering wit witnesses, victim or
informant.
1542 misuse of permits and other court Documents
1951 Robbery, Interference with commerce
1954 unlawful welfare funds payments, - Foodstamps
2320 trafficing in goods or services bearing counterfiet
2319^A unlawful unauthorized fixation, of and trafficing
in sound recordings and music videos
1028 Fraud of activity in Identification Documents
201 Bribery
1503 Obstruction of Justice
1542 False statement in application
891894  Extortionate credit transactions
* Civil Rico Injury
provides Treble Damages

# These list to be added to Defendents list

Internal Affairs unit on 28th Virginia

Also DeauDue went to report issue of public Intergrity unit was not acting on evidence provided to them For HUFFman's corruption plot AND lie to grand jury which is a crime, DiDn't Do Anything But send me Back to Be Harrase By public Intergrity unit. Also showed those Detectives proof of grand jury trampering and left cd of proof of his testomy to grand jury wit them to prove he told a lie to have AN stright Inditement put on me, But no help to cover up HUFFman's wrong doings AND crime to get me lock up For no reason these agents sent me Back to public Intergrity unit, try to set up a meeting For me to go Back to same place I went to on Barrett Ave, so Hatchell would try AND minipulate me to say something without AN Attorney AND get arrested on more False charges insteaD of reporting HUFFman to proper Authorties to Be charged. All these Foles Are Being payed off By Benny From Big law suit FrauD money they stole From Kentuckey Farm Bureau my claim settled illegally AND stolen.

Accepting BriBBery's to not take reports AFter 3 visits Setton 201#   1,000,000$ million pain suffering monetairy Dameages

Asking 5,000,000 # pain AND suffering For lost of enjoyment of life monteniary Damages special Damages

Commonwealths Attorney's OFFICE & Sherriffs office For knowingly AND willingly prosecuting ME on FALSE charges AFter knowing that in Both charges Against ME NO evidence is of record OF A Tape of ME soliciteing no one's murder, also no Drugs to Be iNdependently tested to help Benney Berry get Away wit Robbing ME, wit help From SIAM Augural lawoffice also Agent Kentuck Farm Bureau RichAED BlAin to not rebense my medical coverage For me to Die wit Medical Inyuries suffered From Benny Berry also Bennie lightsey Also Attorney General's entire OFFICE to witness ME Be SlaughtereD as really I'm A innocent man wit not any charges, set up ~~by crazy~~ to steal my Insurance chaim to pay OFF Youth Alive program who was ~~suo~~ recently sueing Denise Ranny, Bennie's working parther in crime only A Fraue of company For Bennie Berry. Robing Peter to Pay Paul, Not provideing any help not even letting me File complaint to tell my story, also Dismissedy Berry's case AFter I won ~~my case~~ probaBle cause in District court to stop the violence. Won't report my kids missing AFter Judge Bowels ordered me custody count one — OBstruction of Justice carnt two — FrauD of ActIvity iN IDentifiction Documents count three — misuse of permits AND other court Document Count Four — trampering wit witness victim or victim or iNFormant

5,000,000 $ special Damages
Lost of enjoyment of life

1503 sec obstruction of Justic ~~sec ~~~~~~~~~~~~~~~~ Cost of enjoyment of life
special money
Damages

891-894 Extorhionate credit transaction

Bennie Lightsey - Using Influence of His wife Debrah
Lightsey to avoid Investagtions of Bankruxty
Fraud, property tax Fraud, also Assiault and Robbery
of DeAndre Hopson at 3606 Garfield ave Oct 22, 2010
Also useing Different IDenitys to avoid investagation
of police or any other goverment agency. False
Imprisonment of Hopson to be Injuried and Robbed

sec   Attempted murder, robbery, Dealing in obsence matter, robbery   sec 659
664   extortionate credit transactions, wire Fraud 1343 sect   tampering wit witnesses
      Robbery (1951) sect   Bribery (201) sect   1028 sect Fraud   victim or informant
                                                              IDenity 1512 sect

Denise Rainey - False Imprisonment, conspiracy to
Assiault and Robbery of DeAndre Hopson. False
IDenity to avoid Been investegated By law enforcement
Also useing children For exploiting and murder of
Youth Alive children Killed in car, crash, also
Murder conspiracy of Stharon Hopson, Kelvin Nelson,
         conspiracy
murder, robbery , Dealing wit obsence matter, sect (659)
      (1341) sect
mail Fraud, wire Fraud (1343) sect, tampering wit victim
                              1,000,000 $ Cost of enjoyment of life
                                          monethary Damages

Ryan Conroy - state prosecter - For overlooking evidence
of Assiault By Benny Berry ect AND Dissmissing case
of Benny Berry also Denise Rainey Bennie lightsey plot
to Kill DeAndre Hopson on Oct 22, 2010. Screened
Hopson all way out to have there case Dissmissed
         1,000,000 $ For montenary Damages
                    Lost of enjoyment of life

count one -
201 - Bribery
        count two - obstruction of Justice

5,000,000,00 Pain + Suffering
Special Damages
lost of Enjoyment of life

Crazy Hoffman - Misprosecutial misconduct,
told A lie to grand jury to Have ME illegally
indited to stop prosecution of Benney Berry
Denise Rainey, Bennie Lightsey, Also stepping in
For Officer Smithers try to prosecute ME on FALSE
Drug charges From "08". case #'s     (659) section
                                    Denying int absence matter
        1503 - obstruction of Justice     kidnapping sec (659)
        1542 - misuse of permits other court Documents    extortion
        1512  FALSE statements in Applications              (659) sect
              tampering wit witnesses, victim or informants

DeBrah Lightsey - USED office of her job as
A tool to get Favors of Her Husband Benny lightsey,
Also Son Benney Berry to not Be indited or Never
investagated By police to continue Rackeetering.
   obstruction of justice (503) sect        extortion (659 sect)
   Mail Fraud     (341 sec)
   Wire Fraud     (343) sec    misuse of permits and other court Documents (1028)
                     $2,000,000.00  Loss of enjoyment of, special
                                    pain + suffering    Damages

Bennie Berry - Assault and robbery of De'Andre
Hopson, Lureing Hopson to a House, Also selling
property or renting without a Realtors license
Also minipulateing jefferson county Juisditional system
to avoid prosecution with Intimadation. Also
useing courts to steal Hopson's Insurance claim
From Kentucky Farm Bureau and paying all Hopson's
Friends and Family to turn on Hopson to Be avoiding
charges, useing Different IDenitys to avoid Investagan
Murder of Sharon Hopson, Also Intimadateing
prosecuters.

689 sect    Attempted Murder of Detable Hyson

            Murder

659 sect.   Robbery   Interference with commerce

            extrotion

659 sec     Dealing in Obscene matter

1512 sec    tampering witness or informants or victims

891894 sec  extortionate credict transacations

1954 sec    unlawful welfare Funds payment - Food stamps    Megan Plensent

conspiracy  Fraud of activity in Finical Instotion

1442 sect   extortionate credict transactions

659 sect    conspiracy Kidnapping

1343 sect   Wire Fraud

1542 sect   False statement in Application

                    pain suffering  , montenary Damages
            Lost of enjoy nothing

            ( 10,000,000.00 $ )

<u>Ricky Kelly</u>

For promoteing violence From the penitentry AND Influence on corruption threw Terrill Grey to intimadate me to not pursue matter OF Insurance company OF Kentucky Farm Bureau Agent Tichaed Blain also promote violence AND corruption threw HenD Boss ADam solinger who now is not payeing my moms Rent on her Apt as he DiD FOR over 2 or 3 years, so our Hopson Family will Be in conFusion AND now in need useing the Tool of money to control everipine in corruption attempt to minipulate my mom who is 74 years olD senior citizen to turn on me AND Dis own me cause now they are controling her liveing standarDs, more OF a minipulation to either turn on me or have Finical problems at Her Home she Too olD. PUBlic inBarrasement.

|512| relate to tampering wit witnesses, victim or imFormant.

montenary Dammages

1,000,000$  special money Dammages

pain & suffering

<u>Police Intergrity unit</u>
    will not take out changes on Gary Huffman After
meeting wit mE at there HeaDquarters, showing
them everything Detective Huffman has Done.
Even that He lied to a grandjury which is
First a crime. Detative Hatchel who's number
is <sup>502</sup>(574 2136), Refuse to take report on
Detective Huffman For lyEing to grand jury showed
Him Both reports From my motion of Discovery
Also my ~~reports~~ copy of GranD jury testomy
From Gary speaking to grandjury telling that he
Hatchel has a copy of the grand jury statement
on CD also Discovery report in motion of Discovery
of Huffman stating he also had a recording of
one Montue DunBar And one DelanDre conersatering
AND Hopson solicuteng Benny lightsey AND Benny
Berry's murder. He Has all the proof oFit
To stop the violence right Now. Refuge to
report it covering up For Huffman not to Be
FireD. Hatchel wanted to Be louD AND Be
Disrepectful to me. For Reporting issue.

[1505<sup>#</sup>] (OBstruction of Justice)
SeC.            1,000,000$
         For Special Dameges, paiN & suffering

(Not State Farm company)

(State Farm agent
     Mike Shelton)

(IF not Favorable to plantif
 is insurance Fraud By law
   if premiums are paid up to
     Date !)

## State Farm Insurance company -

Company Frauduently produced reasons to Deney
coverage For DeAndre Hopson, who's medical coverage
was not in question to be covered as Being a passenger
of a Black H2 Hummer owned By James Walton, who
DeAndre was a passenger inside of vehicle, that was
severally Damaged on an accident 4-26-12 Driven By
Ruth Ann Spencer. Company agent acting as the representive
of State Farm, makes him a part of the company
won't release medical coverage, in an attempt to Rob
Hopson of his liable claim of State Farm company
knowing that police reports note him not as Being
neglegence of any thing But riding in passenger seat,
 Mike Shelton would not open my medical coverage
    on attempt to Frauduently steal my claim
    on another Insurance Fraud attempt By siam
Racketeer's Adam Solinger, and Ect all,
    After DeAndre Hopson produced paper work from
Auto Smart were car was purchased By James
Walden title also Downpayment reciept also, pay
History of vehicles From car lot company still held
up medical coverage after all Documents were
approved Best of my Knowledge, in an attempt For
Adam Solinger to go over my head to intimidate

Agent Mike Shelton to not cover my chaim and them two make off wit chaim, same predreate Act as was down on Hopson's previously chaim wit Kentucky Farm Bureau, leaveing Hopson to almost Die From pain and suffering For their own personal gain, Also Attemp Anna Hopson coverage down to 20,000 Dollar pip, Fraudently not giveing us coverage we Been paying on in timely Fashion as a good and Honest client Doing Buisness in good Faith.

State Farm after 5 Attempt to call also attend local office was Dinied coverage, and was even mailed out a certified Mail to Anna Hopson's House Denieing coverage Fra no reason, insted of Being a good neighbor state Farm is there.

Also company is in voinlation of False Advertiseing of Tv and other ADDS For chargeing all that money monthly and Doing the opposite. Totialy Terible Buisness Dangerous matter, DeAndre was and still was Badly Hurt in accident can't get medrical Tvestment, cause of another Fraud attempt By State Farm agent Mike Shelton, try to get personal gain leaveing customer to suffer severly For months, Mail Fraud also cause certified Mail was not mailed, was False mailing to house, chaiming it was keal to minipulate DeAndre Hopson also two yang children From coverage and employment work coverage,

section  Mail Fraud (section 1341)
(1028)  Fraud of activity in Identification Documents
        Bribery (201) section
(1542)  False statement in Applaction
(664)   extortionate of credict transactions
(1512)  tampering wit witness, informant, witness
891894  Extortionate credict transactions

monemary Damages
Special Dameges
Lost of enjoyment of life
100,000,000.00
Hundred Million

E insurance - For not make contract to cover all
expenses Due to me DeAndre Hopson Being a passenger
inside of car Bought BY James Walton, Never even
made attempt to cover DeAndre Hopson who's Badly
Hurt in Automobile owned By James Walton and
all customers were labeled on Police report also
they Addresses, Insurance Fraud.                    1,000,000,00

(201) Bribbery (891894) Extortionate credict transactions
        special Diamages, Montenary Damages, Lost of Enjoyment of
                            ect all        Life
Auto Smart Insurance carrier

    For not makeing an attempt to cover passenger
who was Badly Injured in Automobile, not purchased
But Leased, suppose to have Insurance coverage at
all times when got Driven Off car lot For leaseing
and For not Reposeing Auto mobile For no Insurance
coverage which is a state law in state of Kentucky.
DeAndre went to lot to gather insurance carrier only
Denied coverage or name of insurance carrie to
provide Medical coverage For injuries suffered from
Automobile Accident and neglegience of not
pulling in automobile For no Insurance.
Make DeAndre Hopson suffer more and
Almost loseing his life.

        Section    (201) Bribbery
(891894)    Extortionate credict transaction
        (1028) Fraud of Activity of False Documents
                2,000,000 $ Special Damages

informant
10,000,000.00 $        Lost of enjoyment of life, monetary damage
(1341)                          Bribury (201)
mail, Wire Fraud (1343)    obstruction of Justice (1503)

Louisville Metro police Department -

For allowing police to come out to House, even
After showing them court order of court order
For custody of children Due to Dangers of Kids
DeAndre Hopson Also KayLinn M Hopson Dangerous
situation, would not takeing a report on missing
children, Refusing to Follow orders of Judge
Bowels order, over looking the possibility of
Kids Beening in imment Danger to make a
mockery out of DeAndre Hopson By exploiting his
children which would Be a scare For life of Family.

        Also After at least 20 calls to
Different Departments still no help to assit me for
we Kids siafty after knowing and seeing reports
of Racketering involvement of Ruth Spencer and
Also cases in past of Abuse of children, Helping
Detective Huffman who is Homecide Detective,
statements of False grand Jury pleading, Knowing
he Also workes wit crimes For Kids unit.

        Applying minipulation to DeAndre Hopson
of court order By Judge to write a missing Kids
repoet to protect Kids civil rights As a US citizen
innocent of ever thing to protect their siafty Fromgetting
killed By Dangerous individuals Racketering
leting Detective Crazy Huffman extortion me to
not go to civil court, to avoid criminal prosecution
And to use guerments to keep paying him out of

waste of goverment Funds, But instead made
complete mockeery out of my life, reputation,
Also to help hire will pay money out so I would
Be money less so that means helpless. To then
Railroad me to jail For No reason But to
Be a Human sacrafice and scare the
public to Death to Do a evil and Decietful
Act Against the true Believer of God.

Police and prosecuters ARE Holding warrants
on me illegaly Also my Nephew Calvin
Alcon Done 20 month illegaly, Also my
other Nephew is currently Beening Slaughtered
And all By same prosecuter John Blauvenayrch
And we all our Family Directly pointed
to Shharon Hopson who Died at a church.

(1028) Fraud of activity in Identications Documents      1,000,000.00
                                                          special Damages
(1042) misuse of Documents
(1512) tamperng wit witness other victims, informannt    Montenary
                                                          Damages
1503   Obstruction of Justice

Equal Employment oPPortunity Center - (Ralph)
      Ralph      is Blocking 3 attempt to File charge
on Detective Gary Huffman of waste of Goverment
Funds Also, to report He Done a crime to
put False warrant on me to kill me, First attempt
Begged Ralph to save my life make the report
And let me File a charge so Washinton DC
will revrew my Report, second attempt Done same

Third attempt he sent out other agent, and they tried to minipulate me By typeing up nothing I said But what ever he wanted repoet to say which would Be lying to the Federal Government, Blocked me From Fileing the report, Mokeing it impossible to File the repoet to Washington DC For Help.

(201) Bribery
(1512) tampering wit witness, victim, informant
(1028) Fraud of Identification Documents
(LAW) Medical Malpractice
Refusal of treatment

U of L Hospital -
                    For in storeing wrong plates inside my Face to cause me to suffer and Drown in my own Fluids, also never took me Back in to Fix it claiming they are not Fixing it cause of no Insurance which I had chairm number also went to emergency room several Different times to Be seen cause of Feel like I'm Dyeing From lungs also Face injures they laughed and told me they are not gone see me, Left me to Die. Medical Malpractice

"Emory Hospital in Atlanta Georgia"
went to goeriga to try to seek Help From
Feeling like I was about to choke on my
FLUIDS AND chest AND Back pains also my
Face was terribly Hurting, Doctor took
X Rays AND cat scan, came Back and
told me I Had Nemo Thorax of chest and
you could Die From that, also told me who
ever Done Face surgery on your Face
That it was the proper things to Do AND they
wanted to call police AND plastic surgeon
But they made that Doctor leave AND go
Home AND then put me out Hospital to Die.

Bribery (201)
(1542) False statement in Application          10,000,00.00 $
(659) Dealing in Obscene Matter               special Damages
      Mal Practice                            Cost of enjoyment of life
      Hospital Weglect of treatment           monteuary Damages
                                              Hospital Bills

Oral AND Maxillofacial Group LLC new Albany
    Dr Mobun told me that my Face was
Filled with pulse all over after Doing X Ray, tried
to send me Back to U of L For treatment to
Be proBaBle Killed these time, Asked iF I
could go else where For treatment, AND He
was suppose to contact another place, never
call me Back, every time I tried to contact

DR, Mollom he wasn't available or was
out at other locations and was Booked up
Made heself unavailable for me to reach him,
Medical Milpractice , Attempted murder
Hospital neglect                              1,000,000,00$
Lost of enjoyment of life
(201) Bribery

Floy Memorial Hospital New Albany
and Health SERVICES
Refused treatment to help even look at my Face
even thow that's what my intake sheet was About
my needing help to look to see if I was About to
choke on my own Fluid couldn't Breath
They had me sit in a room, then called police
on me for no reason, got no treatment then
put me out of Hospital and I came cause I
was feeling as if I was Dyeing chocking on
my own face Fluids in throat to chest section
Malpractice              Death obsence Matter (659)
5,000,000,00$           Bribery (201)
Special Damages   (1503) False statement in Application
Lost of enjoyment of life       Hospital Neglect
Monternary Damages (891894) Extortionate credit transactions

Fred Thomas old music Alone Ent producer
was at studio and was tampering wit gas lines to
try to Blow up Building also got a Device he was
Carrying on Key chain to Access gas line pressures
he left one Day. check gas Bill went from

200 a month, to 1300.00 several months in
A role, arguing all time over Different religion
he Believed in also caught him e-mail AFganistan
sending Different messages over internet, tryied
to Blow me and my Kids up. got pitures of
proof and Downloads to AFganistan FREED him
Immediately As we are located next to a
gas station at 7808 st Andrews church road
to A special K gas station AFFect interstate
commerce  terrioist attack on US soil
Because I'm A Full united states of American
citizen. love my country. Terriost Plot on
my Religous Belief to kill me.              unlawful Fixation and  (2319 A)
                                            trafficking in sound recordings
            (201) BriBery
1,000,000    (1512) tampering wit witness victim or Informant
special Damages           wire Fraud
monetary Damages (1343)    extortion  (659)

EE OC-        Eqeual Emplayment opporthunity center
         Try to report all actions to my AREA
OFFICE to just have guys laugh at my complaint
then write what ever they wanted to suBmit,
went For Help to center, had to aruge aBout
my complaint I was trying to File to save my
life From Detective Gary HuFFman Maliously
aFter my life. Blocked By Ralph who reFused
to let me write my complaint put me out
oF OFFICE to not get Help and Die From all
Plots made to kill me.

1,000,000.00

(1503)
obstruction of Justice          Bribery (201)     Dealing in obsence matter (659)

* Cheif of police of laisville.

got intouch wit these office, useing the internet to File a complaint, many weeks ago, officer called me Back told me wasn't nothing he could do, But to call police intergrit unit, which I had already got intouch wit But they Done nothing about it. Also wasn't Helpful, told me wasn't nothing He could Do about situations, Didn't want my evidence or nothing,     1,000,000 Lost of enjoyment of life

* Mayor - tried to reach the mayor several times about situation of Racketeers wasn't praying Taxes, Also that Huffman lied to grand jury, Also that he was trying to turn my Family against each other useing children as Base matter to control these whole matter, go into intersite of mayor Filed complaint no help.
Dealing in obsence matter (659)    obstruction of justice (1503)
     1,000,000     Lost of enjoyment of life   montenary

* Govener - Govenor Breshier office I contacted twice, only To hear he was too Busy to come out to help us, or sent at least one Detective on our case, couldn't never reach him only to Be told that, Govenor won't Deal wit these issue that I needed to contact local police, same Folk I'm Fileing charges on. No help on Dangerous matter.
Dealing in obsence matter    Dealing in obsence matter (659)
1,000,000 Damage (1503)  obstruction of Justice    Bribery (201)

* OSHa Department of Nashville - called to report work matter to them of I was working when all these took place, Had to argue about my wanting to File complaint on crash cash, Also Arguie law office was Almost cursed out about me wanting to File a complaint also seek retaliation protection on me.

Bribery (201)    Obstruction of Justice (1503)
Denling the Obsence Matter
1,000,000.00 $

Influence on not Following Obama Health
Care Act, Influenceing other's to Break law
not to treat poor Folle's in Hospital

* Kentucky Representive -
Mitch Mcconnell - should Be held responsible For
all these other companys, Doing same activity as
he Does By rejectine Obama Health act, also
promiseing Refusal of Obama's law of affordable Health act
so people in Kentucky would Following the criminal activity
of Him, useing him as a For sure influence of Rackeeterina
Dealing in obsence Matter (659)  extortion (659)
BriBBery (201)      10,000,000 #  lost of enjoyment of
life

* RepuBlic Representive
Mitt Romni - Influence and Role model of Breaking the
law, also influence of Breake Obam Health Act, to
show and convince people in Kentucky to not Follow
the law, to reject it, Romoni is causeing segregation
of poor & Rich Folks, To start a war on Americans
have and Ihave nots, to gain attention and wealth,
(201) RoBBery      extortion (659)  Dealing in obsence
    200,000,000.00#  lost of enjoyment of life    Matter
         Special Damages                    (659)

* Department of Justice of Kentucky
Went to see them twice myself about Rackeeters, and
was turned away once about need civil counsel to report
a complaint, Floren Du Patterson went once to complain on
my Behalf also turned away, Tina Friend of Family went
once to complaint about issue, also My Mom 74 years
old went to complain of my protection also here again.
After I left the Building and came Home, someone
same Day two Hours later Broke in my House, stole
all evedence I was suppose to Be giveing Department of
Justice, Caint report these guys to Department of Justice.
in Kentucky, Impossible  ★ Dealing in obsence Matter (659)

InFluence on not Following Obiama Health
Care Act, InFluenceing other's to Break law
not to treat poor Folles in Hospita

* Kentucky Representative -
Mitch McConnell - should Be held responsible For
All these other companys, Doing same Activity As
he Does By rejecting Obiama Health Act, Also
promoteing Refusal of Obama's law of AFForDable Health Act
so peaple in Kentucky would Following the criminal Activity
oF Him, useing him As A For sure inFluence of Racketeering
Dealing in Obsence Matter (659) extortion (659)
BriBBery (201)        10,000,000 #  Lost of enjoyment of
* RepuBlic Representive                                    life

Mitt Romni - InFluence and Role model oF Breaking the
law, Also inFluence of Breake OBAM Health Act to
show and convince peaple in Kentucky to not Follow
the law, to reject it, Romoni is causeing segragation
of poor & Rich Folks, To start a war on Americans
have and have nots, to gain attention and wealth,
(201) RobBery      extortion (659)  Dealing in Obsence
100,000,000,00 #  Lost of enjoyment of life    Matter
                  Special Damages                   (659)
* Department of Justice of Kentucky
went to see them twice myself About Racketeers, and
was turned away once About need civil counsel to report
A complaint, Floren Du Patterson went once to complain on
my Behalf also turned away, Tina Friend of Family went
once to complaint About issue, Also My Man 74 years
old went to complain oF my protection also her own.
AFter I left the BuilDing and came Home, someone
same Day two Hours later Broke in my House, stole
All evedence I was suppose to Be giveing Department of
Justice, Cant report these guys to Department of Justice
in Kentucky, Impossible  Dealing in Obsence Matter (659)

Also Help Lightseys not to pay property taxes, not to to have them investagated is a crime For years,

Sherriffs Represenitve of Kentucky (Mr. Aubrey)

At Hall of Justice my piture up stoping me From Fileing warrants on corrupt people

Sherrifs lied about Ruth Spencer Beeing present to serve a summons to return my children which I was granted By Judge Bowles Family court, also has my piture posted up on criminal Intake warrant window so I can't take out warrant if I Feel in Dangered, or that Frank Mscagni "Hide my testifying Date to avaid criminals Beeing prosecute For wrong Doings, They Dismissed their charges For lack of me not Being there, crime By Frank Mscagni. Sherriffs are Breaking the law also lieing Bout serving summons on Ruth Spencer, cause order also states to give DeShaDe custody of children, court order, sheriffs refused to inForce, Danger of KiDs.

Bribery (201) Dealing in Obsence Matter (659)
Tampering wit witness (1512)    10,000,00 $
Cost of enjoyment of - special Damages
Life

State Farm Insurance - Refuseing me coverage to my Medical to Hide, about Milpractice Done By U of L to try and Kill me From First surgery Done, also was Badly hurt in car crash But won't even cover they side of injuries which I  re-injured Due to Truck Being totaled out on Shepardsville RD and Indian trail, makeeing me suffer many more months For no reason, won't even allow me to go get a check up with Medical coverage to pursue my claim about the accident, got me at a stand still no accepting coverage or Refuseing which is also refuseing if I can't go see what's wrong wit the physician not it

physically, not mentaly. Also covering up FOR Racketeers.

1503 Obstruction of Justice

Robbery effecting commerce

(659) Dealing in Obscene Matter

(201) Bribery

Insurance Fraud

(1542) False statement in Application

(201) Bribery

(891/894) extortionate credit transactions

(1512) tampering wt witness

mail Fraud (1341)

wire Fraud (1343)

special Damages

monterary Damages

Cost of enjoyment of life

25,000,000.00

BANK ONE Capital
who is 100% percent OWNED By Matt Romoney,
was Directly involved into Racketeering with
Bennie Lightsey, Also Bennie Berry who is into
Rackeetering All so property AND TAX FRAUD.
Bank one is listed ON Federal Docit of clediters
owded From Benny lightseys AND DeBralt lightsey
Credict report, IF Benny lightsey was investigate
For criminal Acts, AND wrong Doings when
these Action First took place to solve these proble
people wouldn't Have Been Intimadated AND
extortioned For years After. Holding Bank ONE
in complete responsibitites AND negligence For
Knowing problem exist with these Rackeeters
OR helpire indulge in these Activities, By producing
more Finines For Rackeeters to continue criminal
Activites
      Bank one is Directly involved into these political
issues, As Mitt Romoni is the 100% owner AND operator
of these Biank which never investigated these same
Rackeeeter's Also located on couet net As a person in court
wit these Rackeelers, which is Bennie lightsey head of
operation, IF Biank would Have pursued these guys years
Ago, then lot of victims wouldn't Have had to suffer.
which makes them negEgence. (1503) Obstruction of Justice
            Bribery (201)
            False Statement of Application (1542)
      (1028)  Fraud of IDentification Doc
            Mail Fraud (1341)  Wire Fraud (1343)
      (264) extortionate credict Transactions

(1951) Robbery, Interference with commerce
50,000,00 $
Special Damages
Monetary Damages
Lost of Enjoyment of life

Spring leaf Finical Services - was were Mom Bought
Mercedes Benz, AND when I went to Atlanta For
seeking Medical coverage, they pulled to my house
to repoo it But, wardn't let me or my mom
pay whole Balance OFF, insteaD let police From
ImpounDment lot give us a chance to pay off
Balance to keep mom's pay History in gooD stanrds
police were useD to to get car in they custoDy to
never give it Brate perioD to cause emotional
Distress regardless of pay off of vehicle or not,
Benny's Mom works For law agency once they had
it they were miniplated to not give it Brate so
He could retrieve it to make us Feel Dumb
AND out our money, useD system to steal car.

(259) Dealing in OBscien Matter  (201) Bribery  (891894) Extortion credit transaction
       1,000,000.00 $          Special Damages,  Lost of enyoyment of life
                                                 Monterary Damages

Joe SilverBurg - was sent to stur Hope Baptist
Church to turget my Family ⊘, cause we church going
Folks, then askeD arounD to get me to come to
his house so he coulD Help me with court issue's
saiD he woulD look up cases laws For me, then
read my court papers, First then stole inFo
AND went to File charges on crash cash to
extorte them out of money, Fileing Federal civil
warges on them useing my inFo, then went
AND took out a warrant on me, AND tolD me iF I

Brenda Ranney - District 4th Judge cleck, was put in position to set court Dates to my Album and Book release Dates to try and minipulate me Also to minipulate Charlie Cunnigham Judge, were Denise Ranney was suppose to Be a Defendent But never was indited For Her role in Scam, But Denise was labeled and charged in my civil suit. Denise was part of civil suit For her role in wronge Doings But is a conflict of Intrest cause Siam Aguirie was the lawyer Fore Youth Alive Also my attorney, which would Be conflict of interest From Beging, Representing Both sets of Folks. Sciam Insurance Freiud.

(201) Beibery (659) Dealing in Obscence matter (1542) misuse of court Documents (1503) Obstruction of Justice (512) Tiampenne wit witness or informant

Special Damnages, Lost of enjoyment of Life   1,000,000.00 $

Mike Bennet (Federal prosecutee) - called up to try and reach Department of Justice, and they gave me Him to speate to, which was siame prosecuter who agreed to let Bennie Berry out of prison From Begine, then Mike took my info and passed me to Jim Lowosley to only Be minipulated By Prosecuter and Intimadated as Ricky Kelly's past prosecuter and present. Mike never called Back, minipulated me to get me to talke to Ricky Kellys Buddie.   Beibery (201)   (1503) Obstruction of Justice

(1542) Misuse of court Documents (659) Dealing in Obscence matter   1,000,000 $

Bribery (201)
Fraud of Activity in Identification Documents 1028
Robbery interference of commerence (1951)
extortionate credit transaction (891-894)

not covering me immeadately For me to suffer

(20,000,00.00 $)

Kentucky Farm Bureau company — Insurance

For their agents representing their company avoid information of Injuries covered By their company shuffeling me around For a year to avoid caverage while I suffer AND Richard Blain, setteled case with personal Injury attorney Sam Augustie, Behind my Back Insurance Fraud, then closeing out medical coverage every where I went For treatment Denied Because Of their scam to have me never get treatment From two major surgerys to get sick and Die.

Lost of enjoyment of life, special Damages, Hospital Bills

Richard Blain — For personaly settelng case illegally useing compompany Kentucky Farm Bureau For own personal gain. Also haveing me get sicker and sicker knowing he DID False claim in my name, avoid trying to help Fix problem. Wanted me to get sick and Die so I couldn't tell about problems. Blocked me From reaching CEO of company to report my Health, So he wouldn't come up on criminal charges of Fraud, and neglect.

Robbery affecting commerce (1951) extortion (659) Fraud of Activity in Identification
neglect of Insurance caverage        5,000,000.00 $        1028 Documents

Doug White — Insurance Adjuster — knew about scam of Insurance Fraud Altogether, Blocked me From getting medical treatment By passing me Back and Fourth to Different agents to minipulate me From truth Of Insurance Fraud and covered it up.

Robbery affecting commerence (1951)  Fraud of Activity in Identification
(1028)

Insurance neglect                2,000,000.00 $

Special Diamages

2,000,000.00 $     Monetary Diamages

Lost of enjoyment of life

Sonya Black Bird of KSB - Filed 3 sets of Bar
complaints on all attorneys I Hired to represent me
in these matters, they all got sent Black every time.
Never even processed them, cause attorneys never
even knew I Filed on them, For a long time.
So I couldn't report Rackeetering so attorneys would
take all my money, Then Rail Road me to prison
to Be Killed By secret Fraternity. Couldn't get Help From
Committe, on Dangerous issue.

(201) Bribery                    Dealin in Obsene matter (659)
(1503) Obstruction of Justice    Tramperring wit witness (1512)
(1542) misuse in court Documents

Susan Elder - Fileing False evections to court, Also
Fixed up Building For exchange of Rent, then tried to
put me out of Building change locks so clash crash
could take over my Aone Ent group and all my
money was into property. Never wrote my real name
even tho she got a lease Knowing my real name
on eviction to Fool courts, try to Fool me, it was real.
Took lot of my money By Agreement of Fixing up property
then put me out to sale it, on give to Defendents to
take control of Aone Ent,

Dealin in obsence matter

· Fraud of activity in False Identification Documents (1028)
Bribery   (201)
Mail Fraud   (1341)         1,000,000.00 $
                            Special Diamages
Extortion  (659)            Lost of enjoyment
                            of life

monentenary Damages
special Damages
Lost of Enjoyment of life

10,000,000.00 #

ADam Solinger - set up Murder For Hire plot
with Terril grey to get me to Follow TU leaD
out do Ms todey's House in NewBurg, After I
got crash crash on it's Feet By promoteing AnD
marketeing For company, took my checks Last 2#
AnD useD also Robert Hump As manager OF
crash crash to set me up, To Take over all my
clientul I had Bult up, Jealous, useing money
AnD property to control everyone arounD me to
take over my life, TrieD to also get me to sign
up my personal injury Case wit his FrienD attorneys
He works wit, Also For Intumuadateing everyone cause
His DaD Robert D Solinger is Heart Doctor AnD
works wit Mental Health people some times
so they make Fools out people AnD pay judges
AnD prosucters to say Folks Have mental DisorDers
After they take over they company AnD wifes or
girlFrienDs cause normal Folks are helpless to that
money From property. MAIN Influence AnD Brains
Bookie OF Racketeers, My Mom workeD For his
Mom Sammy Solinger For over 30 years intil she
just suDDenly DieD so ADam AnD others took Her money.
Strange!      Attempted Murder          cons-Robbery (1951)
          BriBery   (201)
          Death in oBsence matter (659)
          OBstruction of Justice (1503)

$5,000,000

Special Damages
Montenary Diammages
Lost of enjoyment of life

CASE DISsiapered After Being sent to grand jury.
Steve Esselman was witness to these charge AND
situation takeing place. when I was threatened
in Hall of Justice By Benny Berry saying he was
gone get me embassed if I kept comeing to court.
Extortron (659)  (1512) misuse of permits and other Documents court
(1512) tampering wit witness, Dealin in obsence matter (659)  obstruction of Justice (1503)
Terril Gray was at court wit Benny First Begining
of cases started, told me I knew what was up if
I kept comeing to court, trying to Intimadate me.
Also when I was woorking Fa cash crash threw Adam
Solinger my mom's employer for over 30 years who is
investor and Bookie For cash crash, was paid
on Murder Fa Hire to kill me on TV run From
commerical led I was sent to sign up 4 lady
For presettlement loan in NewBurg. Talked my
way out of it cause I went to school at Seneca
High school wit Terril.
First Attempt to kill me over position at
crash cash, cause I had whole city on my
Team From Being a great hearted trustworthy
person all my life.   Dealing in obsence matter (659) section
                      Attempted Murder (659)
$1,000,000.00    (1512) tampering or petaliation with witness
                 Bribery (201)
Special Damages
Montenary Damages

2,000,000 $   (Lost of enjoyment of life
                Monetary Damages
                special Damages)

John Blauinauich  state prosecuter - Maliously prosecuting
Debrah Hopson on False allegations of Drug charges
of "08" also, Falsely Prosecuting Hopson on soler
charges to rail road to the pen, to help Debrah
Lightsey, Bennie Berry and Bennie lightsey Avoid
prosecution. Rail Road Hopson to pen on False
Allergation Knowingly and willingly. To Make
Hopson spend attorney Fee's For no reason, so can't defend
Himself.   Bribery (201)  (1503) obsutchion of Justice
Fraud of Activity in Identifacation Documents (1028) misrepresentation

Dana Conroy - For Knowingly prosucteing Hopson on
False Allergations on non support, when prosecuter
just setteled case with Steve Esselman month Before
on same charge. To have me spend extra money For
nothing to Break me Defending Myself on all these False
charges to help Berry and Lightsey. Never wrote
Beatty judge order her to write, just held charges
on me to rail road me For no reason.

                    Jim Lowosky
            x Told me he was R. Kelly's prosecuter Did that Intimadly
Federal prosecuter Jim Lowosky- siked Hopson out of in
His attorney client priveledge, promiseing prome to help Hopson
From Being Intimadated By Defendents, Also showed
Him proof Frank McScagni was threaten By Bennie
Berry also JP state prosecuter, witnesed By
Steve Esselman, Annie O'connell. My Intimadation on witness

5,000,000.00 #
    special Diamages
    monetary Damages
    Lost of enjoyment of life

Kentucke State police

    Louisville police Department wouldn't
tuke report of children missing cause of
Being in negligence and Breaking the law
to set me up to make a mockery out
of DeAndre Hopson Also to Help Detective
Huffman not Be Fired For Breaking the law
cialled Kentucky state police
    Sergent long Neck to tuke report
only to Be Hung up on And when
I cialled him Back He was not
there, on another run, Never Being
a Help to me For nothing, But turned
on Television next Day White person
cialled his wife in as missing Kentucky
State police started looking every where
Discrimination of Sergent long neck
OF Kentucky State police Department
post 4# , My kids could Be killed
or anything

~~gross too cruel~~

(1542) misuse of caurt Documents
(1503) Obscution of Justice
(659) Dealing in Obscence matter

10,000,000 $ Dollars
moneteamry Damages
Lost of enjoyment of life
extortion

Judge James Shakes
over looked that I made several complaints to him
that Defendents already setteled Fraudurtly claim
About these civil action they stole my claim From
Kentucky Farm Bureau, he Knew I Filed summary
Judgment on case and Default judgement But
Judge never even seen them in court, also told Judge
of my conditions about Decision made For me
to get to Hospital to Begin my treatment But
~~Judge Charlie Brown~~ extortion to give up or Die
He insisted to Drop my case of 5,000,000$
And not give me a court Date to try and minipute
me on Fraud that took place, But called up
someone in court phone For thede apperance
But always made me show up, Defendents Has
never attended a civil court Date or even
answered any Filings Sam Augusir made or
any Filings I made But was about to win
suit illegaly From Favor of these Judge Knowing
it's Fraud, streching Dates wasteing state and
goverment Funds, Knowing I already won
in District court promble ciause, He's part of
Insurance Fraud Scam. extortion (659)
                                                                (659)
Dealing in Obsence matter (659)        Attempted Murder
retaleting against witness victim or informant (1512)
misuse of permits other court Documents (1542)
Extortion cledict transactions    (664)        Insurance Fraud

Twain Harris

For coaching Denetra Hopson into, manipulating RuthAnn Spencer, also For coaching RuthAnn Spencer into Forgeing a check issued out to Denetra Hopson illegaly For Freaud and For extorteing me For my children and to sell her body For money to take care of Him while his in prison

extortion — section                    500,000$
wire Freaud — section
                                        Lost of enjoyment of life
                                        Montenary Damages
                                        Special Damages

Prayer For relief
count one — extortion      special Damages    250,000.00
count two — wire Freaud    special Damages    250,000.00

Mone — took my partner's truck Boosey, and gave Him a sleeping pill to have Boosie Fall out to sleep immediatly then rode around and committed many murders in His truck then Brong it Back to him to Be set up cause he was one of my Best Friends who stuck on my side, to intimadate me to stop my civil case By hurting all my Friends or settingem up. Then Boosie after he got truck Back Beat Mone up For Domogo, also Boosie after watering up Him and his cousin picked ran mone Back to Indiana For Intimadation plot For not joining their secret Fraternity against me, also took all of Boosie's money out His pockets while he was sleep. murder people around town gave Boosey's truck Back

Section

MuDeR              (659)

Dealing in Obscence matter   (659)

BriBery   (201)

Lost of enjoyment of life

Special Damages

Monstenary Damages

5,000,000,00 $